# IN THE UNITED STATES DISTRICT COURT
# FOR THE DISTRICT OF MINNESOTA

| | |
|---|---|
| MATT LUIKEN AND JON SANDQUIST on behalf of themselves, all others similarly situated, and the Proposed Minnesota Rule 23 Class,<br><br>            Plaintiffs,<br>v.<br><br>DOMINO'S PIZZA, LLC.<br><br>            Defendants. | Case No. 09-cv-00516 (DWF/AJB)<br><br>**PLAINTIFFS' COUNSELS' MOTION TO WITHDRAW, WITHOUT SUBSTITUTION, AS COUNSEL FOR OPT-IN PLAINTIFFS CRYSTAL SEWELL, CRYSTAL COX, ANTHONY COX, BRIAN DOUGHERTY, GREGORY KOPICKO, AND AARON WOJCIK** |

Pursuant to Local Rule 83.7(c), Plaintiffs' Counsel of Record, through this Motion, seek leave of the Court to withdraw, without substitution, as counsel for the following opt-in plaintiffs, each of whom has been unresponsive to Plaintiffs' Counsel's numerous attempts to engage in communications necessary to the continued pursuit of his or her claims in this lawsuit: Crystal Sewell, Crystal Cox, Anthony Cox, Brian Dougherty, Gregory Kopicko, and Aaron Wojcik.  Plaintiffs Memorandum of Law in Support of the Motion will be served and filed at least fourteen (14) days prior to the hearing date in accordance with Local Rule 7.1(a).

Respectfully submitted,

Dated: November 4, 2009                    NICHOLS KASTER, PLLP

                                                s/ Anna P. Prakash
                                                Anna P. Prakash (MN Bar No.: 0351362)
                                                Paul J. Lukas (MN Bar No.: 22084X)
                                                E. Michelle Drake (MN Bar No.: 0387366)
                                                4600 IDS Center
                                                80 South 8th Street
                                                Minneapolis, MN  55402
                                                Telephone (612) 256-3200
                                                Fax (612) 338-4878

                                                ATTORNEYS FOR PLAINTIFFS