UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matt Luiken and Jon Sandquist on behalf of themselves, all others similarly situated, and the Proposed Minnesota Rule 23 Class,<br><br>Plaintiffs,<br><br>v.<br><br>Domino's Pizza LLC,<br><br>Defendant. | Civil No. 09-516 (DWF/AJB)<br><br>**ORDER GRANTING MOTION TO DISMISS OPT-IN PLAINTIFF ROBERT HARRIS** |

E. Michelle Drake, Esq., Paul J. Lukas, Esq., and Anna P. Prakash, Esq., Nicholas Kaster, PLLP, counsel for Plaintiffs.

Juli Ann Lund, Esq., Philip A. Sechler, Esq., and David S. Kurtzer-Ellenbogen, Esq., Williams & Connolly LLP; and Tracey Holmes Donesky, Esq., Leonard Street and Deinard, PA, counsel for Defendant.

---

**IT IS HEREBY ORDERED** pursuant to the Stipulation filed by the parties (Doc. No. 98) that Opt-In Plaintiff Robert Harris's claims are hereby **DISMISSED WITH PREJUDICE** and without costs to either party.

Dated: November 13, 2009         s/Donovan W. Frank
                                 DONOVAN W. FRANK
                                 United States District Judge