UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Matt Luiken and Jon Sandquist on behalf of themselves, all others similarly situated, and the Proposed Minnesota Rule 23 Class, | Civil No. 09-516 (DWF/AJB) |
| Plaintiffs, | |
| v. | ORDER GRANTING MOTION TO DISMISS OPT-IN PLAINTIFF SANAULLAH KHAN |
| Domino's Pizza LLC, | |
| Defendant. | |

E. Michelle Drake, Esq., Paul J. Lukas, Esq., and Anna P. Prakash, Esq., Nicholas Kaster, PLLP, counsel for Plaintiffs.

Juli Ann Lund, Esq., Philip A. Sechler, Esq., and David S. Kurtzer-Ellenbogen, Esq., Williams & Connolly LLP; and Tracey Holmes Donesky, Esq., Leonard Street and Deinard, PA, counsel for Defendant.

**IT IS HEREBY ORDERED** pursuant to the Stipulation filed by the parties (Doc. No. 97) that Opt-In Plaintiff Sanaullah Khan's federal and state claims are hereby **DISMISSED WITH PREJUDICE** and without costs to either party.

Dated: November 13, 2009        s/Donovan W. Frank
                                DONOVAN W. FRANK
                                United States District Judge