**IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MINNESOTA**

_____

| | |
|---|---|
| Matt Luiken and Jon Sandquist on behalf of themselves, all others similarly situated, and the Proposed Minnesota Rule 23 Class,<br><br>    Plaintiffs,<br><br>vs.<br><br>Domino's Pizza LLC,<br><br>    Defendant. | Case No. 09-cv-00516 (DWF/TNL)<br><br>**JOINT STIPULATION FOR TEMPORARY STAY** |

_____

The parties to the above-captioned matter, through their counsel, hereby stipulate and agree as follows:

**WHEREAS**, Defendant intends to file a petition in the United States Court of Appeals for the Eighth Circuit pursuant to Federal Rule of Civil Procedure 23(f) seeking permission to appeal from the Court's November 14, 2011 Order (Docket No. 469) granting Plaintiffs' Motion for Class Certification (Docket. No. 442); and

**WHEREAS**, the parties are in agreement that the proceedings in this matter should be stayed until the Court of Appeals has issued a ruling on such petition and, if necessary, on any resulting appeal;

**THEREFORE**, the parties hereby jointly and respectfully request:

1. That the Court issue an Order in the form of the Proposed Order attached hereto staying proceedings in this matter, including but not limited to all pending fact and

expert discovery, until the Court of Appeals has issued a ruling on Defendant's anticipated petition pursuant to Federal Rule of Civil Procedure 23(f) and, if such petition is granted, on any resulting appeal; and

2. That the Court further Order, as provided in the Proposed Order attached hereto, that upon issuance of a ruling or rulings by the Court of Appeals as described above, the parties meet and confer within (14) fourteen calendar days to discuss an amended pretrial scheduling order, pending discovery issues and deadlines, rescheduling motions, and establishing new briefing schedules, and jointly file a proposed amended pretrial scheduling order with the Court within seven (7) calendar days after the parties meet and confer. If necessary after the Court of Appeals has issued a ruling or rulings as described above, the parties also shall submit a joint proposed notice regarding class certification to the Court within seven (7) calendar days after the parties meet and confer. If the parties are unable to agree on the content of the notice, the parties shall each submit a proposed notice, together with briefing not to exceed ten (10) pages per side, within (14) fourteen days after the parties meet and confer.

Dated: November 28, 2011         s/ Tracey Holmes Donesky
                                 Tracey Holmes Donesky (#302727)
                                 LEONARD, STREET AND DEINARD
                                    *Professional Association*
                                 150 South Fifth Street, Suite 2300
                                 Minneapolis, MN  55402
                                 Telephone:  612.335.1479
                                 Fax:  612.335.1657
                                 Email:  tracey.donesky@leonard.com

                                 and

Daniel F. Katz (*pro hac vice*)
Philip A. Sechler (*pro hac vice*)
David S. Kurtzer-Ellenbogen (*pro hac vice*)
Colin J. Callahan (*pro hac vice*)
Jared L. Hubbard (*pro hac vice*)
WILLIAMS & CONNOLLY LLP
725 Twelfth Street, N.W.
Washington, D.C.  20005-5901
Telephone: 202.434.5000
Fax: 202.434.5029
Email:  dkurtzer@wc.com

**ATTORNEYS FOR DEFENDANT**

s/ Matthew C. Helland
Matthew H. Morgan (#304657)
Paul J. Lukas (#22084X)
E. Michelle Drake (#0387366)
NICHOLS KASTER, PLLP
4600 IDS Center
80 South 8th Street
Minneapolis, MN 55402
Telephone: 612.256.3200
Fax: 612.338.4878

Matthew C. Helland (#346214)
NICHOLS KASTER, LLP
One Embarcadero Center, Suite 720
San Francisco, CA 94111
Telephone: 415.277.7235
Fax: 415.277.7238

Richard M. Paul III (MO Bar #44233)
Admitted pro hac vice
STUEVE SIEGEL HANSON, LLP
460 Nichols Road, Suite 200
Kansas City, MO 64112
Telephone: 816.714.7100

**ATTORNEYS FOR PLAINTIFFS**